1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUAN LORENZO RANKIN,

11             Plaintiff,                No. CIV 2:11-cv-0145-MCE-JFM

12        vs.

13   SUISIN POLICE DEP'T, et al.,

14             Defendants.              ORDER

15   _____/

16             Plaintiff is proceeding pro se and in forma pauperis with an action filed pursuant

17   to 42 U.S.C. § 1983.  By order filed August 18, 2011, plaintiff's first amended complaint was

18   found to state a claim against defendants Arroyo, Sousa and Martinez, but not as to the

19   remaining defendants.  Plaintiff was provided an opportunity to file a second amended complaint

20   within thirty days.  If he did not file a second amended complaint, the court would proceed with

21   the first complaint as screened in the August 18, 2011 order.  The time for filing a

22   second amended complaint has passed and plaintiff has not filed a second amended complaint.

23   Therefore, the court will proceed with plaintiff's first amended complaint against defendants

24   Arroyo, Sousa and Martinez.

25             The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

26   § 1983 and 28 U.S.C. § 1915A(b) against defendants Arroyo, Sousa and Martinez.  If the

                                           1

allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Arroyo, Sousa and Martinez.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 9, 2011.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;

  b. One completed summons;

  c. One completed USM-285 form for each defendant listed in number 1 above; and

  d. 4 copies of the endorsed amended complaint filed May 9, 2011.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 9, 2011.


UNITED STATES MAGISTRATE JUDGE

/014;rank0145.1amd

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUAN LORENZO RANKIN,

11             Plaintiff,                    No. CIV 2:11-cv-0145-MCE-JFM

12        vs.

13   SUISIN POLICE DEP'T, et al.,            NOTICE OF SUBMISSION

14             Defendants.                   OF DOCUMENTS

15   _____/

16             Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18             _____        completed summons form

19             _____        completed USM-285 forms

20             _____        copies of the _____
                                          Amended Complaint
21   DATED:

22

23                                          _____
                                            Plaintiff
24

25

26