IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN LORENZO RANKIN,

    Plaintiff,                     No. CIV 2:11-cv-0145-MCE-JFM (PS)

    vs.

SUISIN POLICE DEP'T, et al.,

    Defendants.                <u>ORDER</u>

                              /

        Plaintiff is proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's July 27, 2012 motion to quash or motion to modify discovery.  Because plaintiff's motion fails to comply with Local Rule 251(a)-(c), it will be denied without prejudice to its renewal.  Plaintiff is directed to the court's website, www.caed.uscourts.gov, to obtain a copy of the court's Local Rules.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to quash is denied without prejudice.

DATED: August 23, 2012.

                                                                         UNITED STATES MAGISTRATE JUDGE

/014;rank0145.disc

1