IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN LORENZO RANKIN,

    Plaintiff,                    No. CIV 2:11-cv-0145-MCE-JFM (PS)

    vs.

SUISIN POLICE DEP'T, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On August 18, 2012, the court held a hearing on defendants' motion to compel and motion for sanctions. Juan Rankin appeared in pro per. Erika Scott appeared for defendants. On review of the motion, upon hearing arguments of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that defendants' motion to compel is granted. Plaintiff shall submit responses to defendants' Special Interrogatories, Set One, and Request for Production of Documents, Set One, on or before October 25, 2012. The court reserves ruling on defendants' motion for sanctions.

DATED: October 24, 2012.

                                                UNITED STATES MAGISTRATE JUDGE

/014;rank0145.disc2

1