UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN LORENZO RANKIN,    No. 2:11-cv-00145-MCE-JFM

      Plaintiff,

  v.    ORDER CONTINUING TRIAL

SUISUN POLICE DEPARTMENT, ET AL.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the July 15, 2013 jury trial is vacated and continued to **February 10, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 5, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 16, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **November 28, 2013** and shall comply with the procedures outlined in the Court's August 24, 2012 Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1 Telephonic appearances for this hearing are not permitted.
2     Any evidentiary or procedural motions are to be filed by
3 **November 28, 2013**.  Oppositions must be filed by **December 5, 2013**
4 and any reply must be filed by **December 12, 2013**.  The motions
5 will be heard by the Court at the same time as the Final Pretrial
6 Conference.
7     All other due dates set forth in the Court's Order (ECF No.
8 28) are confirmed.
9     IT IS SO ORDERED.

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE