IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN LORENZO RANKIN,

    Plaintiff,                              No. 2: 11-cv-0145 MCE JFM (PS)

    vs.

SUISUN POLICE DEPARTMENT, et al.,

    Defendants.                        ORDER

_____/

        Plaintiff is proceeding in this action pro se.  On January 30, 2013, defendants Arroyo, Martinez and Sousa filed a motion for summary judgment.  The motion was noticed for hearing on March 7, 2013.

        Local Rule 230(c) states that opposition to the granting of the motion shall be in writing and shall be filed and served not less than fourteen days preceding the noticed hearing date.  If a party has no opposition to the granting of the motion, the party shall serve and file a statement to that effect.  Plaintiff has not complied with the local rules by either filing an opposition or statement of non-opposition to the defendants' motion for summary judgment.  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Within fourteen (14) days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment or a statement of non-opposition to the motion. Failure to file and serve either an opposition or a statement of non-opposition to the motion within fourteen days may result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b); and

3     2. The hearing date set for March 7, 2013 on defendants' motion for summary judgment is VACATED.

DATED: March 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

rank0145.osc